UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

~~~~~~~~~~~~~~~~~~~~~~~~~

MICHAEL A. HECKERMAN,

       Plaintiff,

vs             8:10-CV-217

NYS DIVISION OF PAROLE; and JOHN
CIESLAK, JR., Parole Officer,

       Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:        OF COUNSEL:

MICHAEL A. HECKERMAN
04-R-3298
Plaintiff, Pro Se
Altona Correctional facility
555 Devils Den Road
PO Box 3000
Altona, New York 12910

HON. ANDREW M. CUOMO    KRISTA A. ROCK, ESQ.
Attorney General of the       Asst. Attorney General
 State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## ORDER

Even reviewing the facts alleged in the complaint as true, plaintiff has failed to establish any constitutional violations by the defendants. Therefore,

  1. The defendants' Fed. R. Civ. P. 12 (b)(6) motion is GRANTED;

  2. The plaintiff's 42 U.S.C. § 1983 complaint is DISMISSED; and

3. The Clerk is directed to enter judgment dismissing the complaint and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 1, 2010
       Utica, New York.