# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MICHAEL A. HECKERMAN**

    vs.        **CASE NUMBER: 8:10-CV-217**

**NYS DIVISION OF PAROLE and
JOHN CIESLAK, JR., Parole Officer**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendants' motion is GRANTED and the complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, filed the 2nd day of July, 2010.

DATED: July 2, 2010

*[signature]*
Clerk of Court

s/
_____
Christine Mergenthaler
Deputy Clerk